# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1865

———————————————

Anthony Dewayne Oliver,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

August 1, 2019

Per Curiam.

Affirmed.

Wolf, Roberts, and Jay, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Candice Kaye Brower, Regional Counsel, and Michael Jerome Titus, Assistant Regional Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.